UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:05-CR-5013 (WDVA) |
| | ) | (Varlan / Guyton) |
| PATSY CAROLL HENSLEY, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the Court upon Patsy Carroll Hensley's Petition for Early Termination of Probation [Doc. 3], referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate, [Doc. 4]. Ms Hensley was originally sentenced to a term of supervision by the U.S. District Court for the Western District of Virginia, but her supervision was subsequently transferred to the Eastern District of Tennessee.

Ms Hensley's petition was scheduled to be heard on November 15, 2007. On November 13, 2007, counsel for Ms Hensley filed a Motion to Withdraw her petition, [Doc. 5], attaching as an exhibit a handwritten fax to his office communicating the instruction to do so. Accordingly, Ms Hensley's Petition for Early Termination of Probation **[Doc. 3]** is deemed withdrawn and **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge